1 | MCGREGOR W. SCOTT
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700



**FILED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

7 |        IN THE UNITED STATES DISTRICT COURT

8 |        FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | IN RE SEALED                         )   NO.
                                         )
11 |                                      )
                                         )   **UNDER SEAL**
12 | _____ )

13 |                                            2:08-mj-0229 KJM

14 |                    **SEALING ORDER**

15 |     Upon Application of the United States of America and good

16 | cause having been shown,

17 |     IT IS HEREBY ORDERED that the attached documents in the

18 | above-captioned matter be and are hereby ordered SEALED until

19 | further order of this Court.

20 | Dated: June 27, 2008

22 | _____
23 | HONORABLE KIMBERLY J. MUELLER
     United States Magistrate Judge