1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 08-MJ-229 KJM |
| Plaintiff, | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| v. | |
| RISHI SANWAL, | |
| Defendant. | |

On June 30, 2008, a complaint was filed in the above-referenced case.  Since defendant RISHI SANWAL has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: July 1, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

1

1
2  IT IS SO ORDERED:
3  DATED: 7-1-08

**ORDER**

*[signature]*
EDMUND P. BRENNAN
United States Magistrate Judge